4/09/13 4:02PM

CSD 1100 [11/01/11]
Name, Address, Telephone No. & I.D. No.
Paul R. Shankman, Esq. (SBN 113608)
**21515 Hawthorne Boulevard**
**Suite 1150**
**Torrance, CA 90503**
**(310) 316-0500**

Case # : 13-02719-CLAM
Debtor..: TWIN DEVELOPMENT, LLC
Judge..: CHRISTOPHER LATHAM
Chapter: AM
------------------------------
Filed : April 10, 2013   09:07:56
Deputy : A.C. CROSBY
Receipt: 221726
Amount : $30.00
------------------------------

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
**Twin Development LLC**

BANKRUPTCY NO. **13-02719-CL11**

Debtor.

## AMENDMENT

Presented herewith are the original and one conformed copy of the following [Check one or more boxes as appropriate]:

☐ Petition
☐ Exhibit A to Voluntary Petition
☐ Exhibit C to Voluntary Petition
☐ Exhibit D - Individual Statement of Compliance with Credit Counseling
☒ Summary of Schedules
☒ Statistical Summary of Certain Liabilities and Related Data
☒ Schedule A & B - Schedule of Real or Personal Property
☐ Schedule C - Schedule of Property Claimed Exempt
☒ Schedule D, E, or F, and/or Matrix, and/or list of Creditors or Equity Holders - REQUIRES COMPLIANCE WITH LOCAL RULE 1009
   ☒ Adding or deleting creditors (diskette required), changing amounts owed or classification of debt - $30.00 fee required. See instructions on reverse side.
   ☐ Correcting or deleting other information. See instructions on reverse side.
☐ Schedule G - Schedule of Executory Contracts & Expired Leases
☐ Schedule H - Schedule of Co-Debtor
☐ Schedule I - Current Income of Individual Debtor(s)
☐ Schedule J - Current Expenditure of Individual Debtor(s)
☒ Statement of Financial Affairs
☐ Statement of Current Monthly Income and Means Test Calculation (Form B22A)
☐ Statement of Current Monthly Income (Form B22B)
☐ Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income (Form B22C)

Dated: 04/09/12                    Signature    Paul R. Shankman
                                                Attorney for Debtor

### DECLARATION OF DEBTOR

I [We]   Wallace Benward   and _____ , the undersigned debtor(s), hereby declare under penalty of perjury that the information set forth in the amendment attached hereto, consisting of 25 pages, and on the creditor matrix diskette, if any, is true and correct to the best of my [our] information and belief.

Dated: 04/09/13                                                    _____
                                    Debtor                              Joint Debtor

CSD 1100                                    REFER TO INSTRUCTIONS ON REVERSE SIDE

Software Copyright (c) 1996-2013 CCH INCORPORATED - www.bestcase.com                Best Case Bankruptcy



**FILED VIA FAX**
2719 Bal

4/09/13 2:11PM

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of California

In re   **Twin Development LLC**                               Case No.    **13-02719-CL11**

                                Debtor(s)                  Chapter     **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Alliant Insurance**<br>**701 B Street**<br>**San Diego, CA 92101** | **Alliant Insurance**<br>**701 B Street**<br>**San Diego, CA 92101** | **Business Debt** | | 158,000.00 |
| **Excel Engineering**<br>**440 State Place**<br>**Escondido, CA 92029** | **Excel Engineering**<br>**440 State Place**<br>**Escondido, CA 92029** | **Trade Debt** | | 28,000.00 |
| **First American Trust**<br>**5 First American Way**<br>**Santa Ana, CA 92707** | **First American Trust**<br>**5 First American Way**<br>**Santa Ana, CA 92707** | **Business Debt** | | 15,000.00 |
| **Gilgal Real Estate Partners**<br>**10680 Treena St. Ste 168**<br>**San Diego, CA 92131-2487** | **Gilgal Real Estate Partners**<br>**10680 Treena St.**<br>**San Diego, CA 92131-2487** | **Trade Debt** | | 175,000.00 |
| **Heller Crouse & Co.**<br>**3013 Arnles Alley**<br>**Oceanside, CA 92056** | **Heller Crouse & Co.**<br>**3013 Arnles Alley**<br>**Oceanside, CA 92056** | Parcel No.<br>520-160-42-00 2.6<br>Acres of<br>Undeveloped Land<br>for a Single Family<br>Home Site located<br>in Alpine, CA, San<br>Diego County | **Contingent**<br>**Unliquidated**<br>**Disputed** | 137,000.00<br><br>(100,000.00<br>secured) |
| **Pacific Southwest Bio Services**<br>**P.O. Box 985**<br>**National City, CA 91951** | **Pacific Southwest Bio Services**<br>**P.O. Box 985**<br>**National City, CA 91951** | **Business Debt** | | 14,000.00 |
| **Pacific Southwest Biological**<br>**POB 985**<br>**National City, CA 91951-0985** | **Pacific Southwest Biological**<br>**2700 Hoover Ave.**<br>**National City, CA 91950** | **Trade Debt** | | 14,000.00 |
| **Rainbow Water District**<br>**3707 Old Highway 395**<br>**Fallbrook, CA 92028** | **Rainbow Water District**<br>**3707 Old Highway 395**<br>**Fallbrook, CA 92028** | **Business Debt** | | 133,890.00 |
| **Sabal Financial Group**<br>**4675 MacArthur Court**<br>**15th Floor**<br>**Newport Beach, CA 92660** | **Sabal Financial Group**<br>**4675 MacArthur Court; 15th Flr**<br>**Newport Beach, CA 92660** | **Bank Loan** | **Contingent**<br>**Unliquidated**<br>**Disputed** | 16,500,000.00<br><br>(3,000,000.00<br>secured) |

4/09/13 2:11PM

B4 (Official Form 4) (12/07) - Cont.

In re   **Twin Development LLC**

Debtor(s)

Case No.   **13-02719-CL11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Sabal Financial Group**<br>4675 MacArthur Court<br>16th Floor<br>Newport Beach, CA 92660 | **Sabal Financial Group**<br>4675 MacArthur Court; 15th Flr<br>Newport Beach, CA 92660 | Bank Loan | Contingent<br>Unliquidated<br>Disputed | 11,300,000.00<br><br>(1,500,000.00 secured) |
| **Sabal Financial Group**<br>4675 MacArthur Court<br>15th Floor<br>Newport Beach, CA 92660 | **Sabal Financial Group**<br>4675 MacArthur Court; 15th Flr<br>Newport Beach, CA 92660 | Bank Loan | Contingent<br>Unliquidated<br>Disputed | 3,984,000.00<br>(1,500,000.00 secured)<br>(11,300,000.00 senior lien) |
| **Sabal Financial Group**<br>4675 MacArthur Court<br>15th Floor<br>Newport Beach, CA 92660 | **Sabal Financial Group**<br>4675 MacArthur Court; 15th Flr<br>Newport Beach, CA 92660 | Bank Loan | Contingent<br>Unliquidated<br>Disputed | 3,875,000.00<br>(3,000,000.00 secured)<br>(16,500,000.00 senior lien) |
| **Sabal Financial Group**<br>4675 MacArthur Court<br>15th Floor<br>Newport Beach, CA 92660 | **Sabal Financial Group**<br>4675 MacArthur Court; 15th Flr<br>Newport Beach, CA 92660 | Bank Loan | Contingent<br>Unliquidated<br>Disputed | 2,100,000.00<br>(1,500,000.00 secured)<br>(15,284,000.00 senior lien) |
| **San Diego County**<br>**Treasurer-Tax Collector**<br>P.O. Box 129009<br>San Diego, CA 92112 | **San Diego County**<br>**Treasurer-Tax Collector**<br>P.O. Box 129009<br>San Diego, CA 92112 | Real Properties in San Diego County | | 85,000.00<br><br>(0.00 secured) |
| **San Diego County**<br>**Planning and Dev. Services**<br>5510 Overland Ave., Ste. 310<br>San Diego, CA 92123 | **San Diego County**<br>**Planning and Dev. Services**<br>5510 Overland Ave., Ste. 310<br>San Diego, CA 92123 | Business Debt | | 781.72 |
| **San Diego County Assessor**<br>1600 Pacific Highway<br>Suite 260<br>San Diego, CA 92101 | **San Diego County Assessor**<br>1600 Pacific Highway<br>Suite 260<br>San Diego, CA 92101 | Real Property Taxes | | 50,000.00 |
| **Schilling Corporation**<br>679 Greenfield Drive<br>El Cajon, CA 92021 | **Schilling Corporation**<br>679 Greenfield Drive<br>El Cajon, CA 92021 | Business Debt | | 15,000.00 |
| **Standard Accounting**<br>5355 Avenida Encinas<br>Carlsbad, CA 92008 | **Standard Accounting**<br>5355 Avenida Encinas<br>Carlsbad, CA 92008 | Tax Services | | 1,600.00 |
| **VID**<br>1391 Engineer Street<br>Vista, CA 92081 | **VID**<br>1391 Engineer Street<br>Vista, CA 92081 | Business Debt | | 57.65 |
| | | | | |

Best Case Bankruptcy

2013-04-09  15:23          BENWARD          7606033223 >>          3107925977          P 9/15

B4 (Official Form 4) (12/07) - Cont.
In re    **Twin Development LLC**                                                Case No.    13-02719-CL11
                              Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
(Continuation Sheet)

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **April 9, 2013**                    Signature  _____
                                                      **Wallace Benward**
                                                      **Manager**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2013 CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

4/09/13 2:11PM

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Southern District of California

In re   **Twin Development LLC**

Debtor

Case No. **13-02719-CL11**

Chapter **11**

## SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 5,200,000.00 | | |
| B - Personal Property | Yes | 4 | 51,912,000.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 37,981,000.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 50,000.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 2 | | 555,329.37 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 0.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 0.00 |
| Total Number of Sheets of ALL Schedules | | 14 | | | |
| Total Assets | | | 57,112,000.00 | | |
| Total Liabilities | | | | 38,586,329.37 | |

Best Case Bankruptcy

4/06/13 2:11PM

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Southern District of California

In re    **Twin Development LLC**

Debtor

Case No.    **13-02719-CL11**

Chapter    **11**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

4/09/13 2:11PM

B6A (Official Form 6A) (12/07)

In re    **Twin Development LLC**                                                     Case No.    **13-02719-CL11**
                                        Debtor

## SCHEDULE A - REAL PROPERTY - AMENDED

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Parcel No. 520-160-42-00 2.6 Acres of Undeveloped Land for a Single Family Home Site located in Alpine, CA, San Diego County** | **Owner** | - | 100,000.00 | 137,000.00 |

| | | |
|---|---|---|
| Sub-Total > | 100,000.00 | (Total of this page) |
| Total > | 100,000.00 | |

**0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                          Best Case Bankruptcy

4/09/13 2:11PM

B6B (Official Form 6B) (12/07)

In re    **Twin Development LLC**                                                    Case No.  **13-02719-CL11**
_____
                                        Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Deposit for Land Development of Raw Land-Gopher Canyon-221 Acres (2009-2010)** | - | 397,000.00 |
| | | **Rainbow Water District 3707 Old Highway 395 Fallbrook, CA 92088** | | |
| | | Recovery under investigation. | | |
| | | **Deposit for Develpment of Morris Ranch-221 Acres on Gopher Canyon, San Diego (2004)** | - | 100,000.00 |
| | | **San Diego County Planning and Dev. Services 5510 Overland Ave., Ste. 310 San Diego, CA 92123** | | |
| | | Recovery under investigation. | | |
| | | **Deposit for development of 152 Alpine, CA Lots (2004)** | - | 100,000.00 |
| | | **San Diego County Planning and Dev. Services 5510 Overland Ave., Ste. 310 San Diego, CA 92123** | | |
| | | Recovery under investigation. | | |

                                                          Sub-Total >        597,000.00
                                                        (Total of this page)

  **3**  continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

4/09/13 2:11PM

B6B (Official Form 6B) (12/07) - Cont.

In re    **Twin Development LLC**                                          Case No.    **13-02719-CL11**
_____
                                  Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Remaining Deposit from completed development of Hayden Ranch-Nine Lots (2004)** | - | 15,000.00 |
| | | **City of Vista** | | |
| | | **Planning and Development** | | |
| | | **200 Civic Center Drive** | | |
| | | **Vista, CA  92084** | | |
| | | **Recovery under Investigation.** | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | | | |
| 6. Wearing apparel. | | | | |
| 7. Furs and jewelry. | | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | | | |
| 10. Annuities. Itemize and name each issuer. | | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | | | |

Sub-Total >            15,000.00
(Total of this page)

Sheet   **1**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                          Best Case Bankruptcy

4/09/13 2:11PM

B6B (Official Form 6B) (12/07) - Cont.

In re    **Twin Development LLC**                                    Case No. __13-02719-CL11__
_____
                        Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | | | | |
| 16. Accounts receivable. | | **Note Secured by Real Property in San Diego-Raw Land, APN: 545-260-13-14-15 by Deed of Trust Recorded on September 15, 2005 all due and payable on September 15, 2010-Foreclosure held off to allow market value of real property to increase. Estimated Current Value: $400,000.00 to $500,000.00**<br><br>**Obligor: Gilgal Real Estate Partners, LLP**<br>**10680 Treena Street**<br>**Suite 163**<br>**San Diego, CA 92123** | - | 600,000.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | | | |

Sub-Total >                600,000.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

4/09/13 2:11PM

B6B (Official Form 6B) (12/07) - Cont.

In re    **Twin Development LLC**                                          Case No.    **13-02719-CL11**
                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | | | |
| 26. Boats, motors, and accessories. | | | | |
| 27. Aircraft and accessories. | | | | |
| 28. Office equipment, furnishings, and supplies. | | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | | | |
| 30. Inventory. | | | | |
| 31. Animals. | | | | |
| 32. Crops - growing or harvested. Give particulars. | | | | |
| 33. Farming equipment and implements. | | | | |
| 34. Farm supplies, chemicals, and feed. | | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | | | |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | 0.00 |
| Total > | 1,212,000.00 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

4/09/13 2:11PM

B6D (Official Form 6D) (12/07)

In re    **Twin Development LLC**
_____
Debtor

Case No. __**13-02719-CL11**__

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. Twin Development<br><br>Heller Crouse & Co.<br>3013 Arnies Alley<br>Oceanside, CA 92056 | | - | 2010<br><br>**First Trust Deed**<br><br>Parcel No. 520-160-42-00 2.6 Acres of Undeveloped Land for a Single Family Home Site located in Alpine, CA, San Diego County | X | X | X | | |
| | | | Value $          100,000.00 | | | | 137,000.00 | 37,000.00 |
| Account No. xxxxxxx2399<br><br>Sabal Financial Group<br>4675 MacArthur Court<br>15th Floor<br>Newport Beach, CA 92660 | X | - | 06/27/07<br><br>**2nd Trust Deed**<br><br>Undeveloped Land - 221 Acres<br>Gopher Canyon Road<br>Bonsall, CA 92084 | X | X | X | | |
| | | | Value $          3,000,000.00 | | | | 3,875,000.00 | 3,875,000.00 |
| Account No. Twin Development<br><br>San Diego County<br>Treasurer-Tax Collector<br>P.O. Box 129009<br>San Diego, CA 92112 | | - | 2010-2013<br><br>**Tax Lien**<br><br>Real Properties in San Diego County | | | | | |
| | | | Value $          0.00 | | | | 85,000.00 | 85,000.00 |
| Account No.<br><br><br><br><br> | | | | | | | | |
| | | | Value $ | | | | | |

**0**    continuation sheets attached

Subtotal
(Total of this page) — **4,097,000.00** | **3,997,000.00**

Total
(Report on Summary of Schedules) — **4,097,000.00** | **3,997,000.00**

4/09/13 2:11PM

B6F (Official Form 6F) (12/07)

In re   **Twin Development LLC**                                    Case No.   **13-02719-CL11**
_____
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **Twin Development**<br><br>**Alliant Insurance**<br>**701 B Street**<br>**San Diego, CA 92101** | - | | | | 20011-2012<br>**Business Debt** | | | | **158,000.00** |
| Account No. **Twin Development**<br><br>**First American Trust**<br>**5 First American Way**<br>**Santa Ana, CA 92707** | - | | | | 2012<br>**Business Debt** | | | | **15,000.00** |
| Account No. **Twin Development**<br><br>**Gilgal Real Estate Partners**<br>**10680 Treena St. Ste 168**<br>**San Diego, CA 92131-2487** | - | | | | 2009 to Present<br>**Trade Debt** | | | | **175,000.00** |
| Account No. **Twin Development**<br><br>**Pacific Southwest Bio Services**<br>**P.O. Box 985**<br>**National City, CA 91951** | - | | | | 2012<br>**Business Debt** | | | | **14,000.00** |

**1**   continuation sheets attached

Subtotal
(Total of this page)                          **362,000.00**

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com

S/N:20599-130402   Best Case Bankruptcy

4/09/13 2:11PM

B6F (Official Form 6F) (12/07) - Cont.

In re   **Twin Development LLC**                              Case No. __**13-02719-CL11**__
                                    Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Twin Development**<br><br>**Pacific Southwest Biological**<br>**POB 985**<br>**National City, CA 91951-0985** | | - | | 2009 to Present<br>Trade Debt | | | | 14,000.00 |
| Account No. **Twin Development**<br><br>**Rainbow Water District**<br>**3707 Old Highway 395**<br>**Fallbrook, CA 92028** | | - | | 2012<br>Business Debt | | | | 133,890.00 |
| Account No. **Twin Development**<br><br>**San Diego County**<br>**Planning and Dev. Services**<br>**5510 Overland Ave., Ste. 310**<br>**San Diego, CA 92123** | | - | | 2009-2013<br>Business Debt | | | | 781.72 |
| Account No. **Twin Development**<br><br>**Schilling Corporation**<br>**679 Greenfield Drive**<br>**El Cajon, CA 92021** | | - | | 2011-2012<br>Business Debt | | | | 15,000.00 |
| Account No. **Twin Development**<br><br>**VID**<br>**1391 Engineer Street**<br>**Vista, CA 92081** | | - | | 2012<br>Business Debt | | | | 57.65 |

Sheet no. _1_ of _1_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          163,729.37

Total
(Report on Summary of Schedules)          525,729.37

2013-04-09  15:19          BENWARD          7606033223 >>          3107925977                    P 6/15

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of California

In re   **Twin Development LLC**                                                         Case No.   **13-02719-CL11**
                                                    Debtor(s)                            Chapter    **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES – AMENDED

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**18**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **April 9, 2013**                          Signature  _____
                                                             **Wallace Benward**
                                                             **Manager**

*Penalty for making a false statement or concealing property.*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2013 CCH INCORPORATED - www.bestcase.com                          Best Case Bankruptcy

CSD 1008 [08/21/00]
Name, Address, Telephone No. & I.D. No.
**Paul R. Shankman, Esq. (SBN 113608)**
**21515 Hawthorne Boulevard**
**Suite 1150**
**Torrance, CA 90503**
**(310) 316-0500**

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
**Twin Development LLC**

BANKRUPTCY NO. **13-02719-CL11**

Debtor.

## VERIFICATION OF CREDITOR MATRIX

PART I (check and complete one):

☐ New petition filed. Creditor diskette required.

TOTAL NO. OF CREDITORS:___12_

☐ Conversion filed on _____. *See instructions on reverse side.*
    ☐ Former Chapter 13 converting. Creditor diskette required.
    ☐ Post-petition creditors added. Scannable matrix required.
    ☐ There are no post-petition creditors. No matrix required.

TOTAL NO. OF CREDITORS:____

☒ Amendment or Balance of Schedules filed concurrently with this original scannable matrix affecting Schedule of Debts and/or Schedule of Equity Security Holders. *See instructions on reverse side.*
    ☒ Names and addresses are being ADDED.
    ☐ Names and addresses are being DELETED.
    ☐ Names and addresses are being CORRECTED.

PART II (check one):

☒ The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

☐ The above-named Debtor(s) hereby verifies that there are no post-petition creditors affected by the filing of the conversion of this case and that the filing of a matrix is not required.

Date:    **April 9, 2013**

Wallace Benward/Manager
Signer/Title

Alliant Insurance
701 B Street
San Diego, CA 92101


First American Trust
5 First American Way
Santa Ana, CA 92707


Gilgal Real Estate Partners
10680 Treena St. Ste 168
San Diego, CA 92131-2487


Heller Crouse & Co.
3013 Arnies Alley
Oceanside, CA 92056


Pacific Southwest Bio Services
P.O. Box 985
National City, CA 91951


Pacific Southwest Biological
POB 985
National City, CA 91951-0985


Rainbow Water District
3707 Old Highway 395
Fallbrook, CA 92028


Sabal Financial Group
4675 MacArthur Court
15th Floor
Newport Beach, CA 92660


San Diego County
Treasurer-Tax Collector
P.O. Box 129009
San Diego, CA 92112

San Diego County
Planning and Dev. Services
5510 Overland Ave., Ste. 310
San Diego, CA 92123


Schilling Corporation
679 Greenfield Drive
El Cajon, CA 92021


VID
1391 Engineer Street
Vista, CA 92081

4/09/13 4:07PM

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Southern District of California

In re   **Twin Development LLC**

                                                Case No.   **13-02719-CL11**
                          Debtor(s)              Chapter   **11**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| **$16,801.00** | **2011** |
| **$0.00** | **2012** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

        AMOUNT                  SOURCE

---

4/08/13  4:07PM

B7 (Official Form 7) (04/13)
2

### 3. Payments to creditors

None ■ *Complete a. or b., as appropriate, and c.*

   a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■    b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■    c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ■ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None ■ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

4/09/13 4:07PM

B7 (Official Form 7) (04/13)
3

---

### 5. Repossessions, foreclosures and returns

None ☐   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Woody, LLC<br>4633 Ingraham Street<br>Suite A<br>San Diego, CA 92109 | 10/29/12-Foreclosure Sale | 1210 East Mission Road<br>San Marcos, CA<br>Bank Building-Estimated Value: $1 million |
| Kovalsky Family Trust<br>4405 Manchester Avenue<br>Suite 203<br>Encinitas, CA 92024 | 05/02/12-Foreclosure Sale | Single Lot Zoned for a Single Family Home in Alpine, CA, 2.5 Acres<br>Estimated Value: $100,000.00 |
| Heller Crouse & Co.<br>3013 Amies Alley<br>Oceanside, CA 92056 | 12/21/2012-Foreclosure Sale | One Lot Zoned for a Single Familly Home in Alpine, CA-2.8 Acres<br>Estimated Value: $100,000.00 |
| Woody LLC<br>4633 Ingraham St.<br>San Diego, CA 92109 | 06/13/12-Foreclosure Sale | 99 Lot Subdivision in Borrego Springs, CA-40 Acres of unimproved land-Estimated Value: $650,000.00 |

---

### 6. Assignments and receiverships

None ■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

---

### 7. Gifts

None ■   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

4/09/13 4:07PM

B7 (Official Form 7) (04/13)
4

### 8. Losses

None ■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

### 9. Payments related to debt counseling or bankruptcy

None ■

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 10. Other transfers

None ■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None ■

b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

### 11. Closed financial accounts

None ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

### 12. Safe deposit boxes

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

4/06/13 4:07PM

B7 (Official Form 7) (04/13)
5

### 13. Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15. Prior address of debtor

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 122520 El Camino Real, Suite 180 San Diego, CA | Twin Development, LLC | 2010 |

### 16. Spouses and Former Spouses

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

4/09/13 4:07PM

B7 (Official Form 7) (04/13)
6

None ■   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|
| | | |

### 18 . Nature, location and name of business

None ■   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| | | | | |

None ■   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|
| | |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ☐   a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Standard Accounting**<br>**5365 Avenida Encinas**<br>**Carlsbad, CA 92008** | |

None ☐   b. List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Standard Accounting** | **5365 Avenida Encinas**<br>**Carlsbad, CA 92008** | |

4/08/13 4:07PM

B7 (Official Form 7) (04/13)
7

| None ☐ | c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain. |

NAME
**Standard Accounting**

ADDRESS
**5355 Avenida Encinas
Carlsbad, CA 92008**

| None ☐ | d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case. |

NAME AND ADDRESS
**La Jolla Bank/FDIC**

DATE ISSUED
**2010-2012**

### 20. Inventories

| None ☐ | a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory. |

DATE OF INVENTORY
**2013**

INVENTORY SUPERVISOR
**Wallace Benward**

DOLLAR AMOUNT OF INVENTORY
(Specify cost, market or other basis)
**$5,000.00**

| None ☐ | b. List the name and address of the person having possession of the records of each of the inventories reported in a., above. |

DATE OF INVENTORY
**2013**

NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
RECORDS
**Wallace Benward
P.O. Box 230921
Encinitas, CA 92023**

### 21. Current Partners, Officers, Directors and Shareholders

| None ■ | a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership. |

NAME AND ADDRESS              NATURE OF INTEREST              PERCENTAGE OF INTEREST

| None ☐ | b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation. |

NAME AND ADDRESS
**Wallace Benward
P.O. Box 230921
Encinitas, CA 92023**

TITLE
**Manager**

NATURE AND PERCENTAGE
OF STOCK OWNERSHIP
**100% Owner**

### 22. Former partners, officers, directors and shareholders

| None ■ | a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case. |

NAME              ADDRESS              DATE OF WITHDRAWAL

| None ■ | b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case. |

NAME AND ADDRESS              TITLE              DATE OF TERMINATION

2013-04-09  16:45          BENWARD          7606033223 >>          3107925977          P 1/1

B7 (Official Form 7) (04/13)

**23. Withdrawals from a partnership or distributions by a corporation**

None   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation
☒     in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the
       commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None   If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated
☒     group for tax purposes of which the debtor has been a member at any time within six years immediately preceding the commencement
       of the case.

| NAME OF PARENT CORPORATION | TAXPAYER-IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None   If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as
☒     an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

* * * * * *

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto
and that they are true and correct to the best of my knowledge, information and belief.

Date  **April 9, 2013**                          Signature
                                                      Wallace Benward
                                                      Manager

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

                                    Best Case Bankruptcy

CSD 1100 (Page 2) [11/01/11]

## INSTRUCTIONS

A.   Each amended page is to be in the same form as the original but is to contain ONLY THE INFORMATION TO BE CHANGED OR ADDED. Pages from the original document which are not affected by the change are not to be attached.

   1.   Before each entry, specify the purpose of the amendment by inserting:

      a.   "ADDED," if the information was missing from the previous document filed; or

      b.   "CORRECTED," if the information modifies previously listed information; or

      c.   "DELETED," if previously listed information is to be removed.

   2.   At the bottom of each page, insert the word "AMENDED."

   3.   Attach all pages to the cover page and, if a Chapter 7, 11, or 12 case, serve a copy on the United States Trustee, trustee (if any) and/or the members of a creditors' committee. If a Chapter 13 case, serve a copy on the trustee; DO NOT serve a copy on the United States Trustee.

B.   Comply with Local Bankruptcy Rule 1009 when adding or correcting the names and/or addresses of creditors (diskette required when Amendment submitted on paper) or if altering the status or amount of a claim.

**AMENDMENTS THAT FAIL TO FOLLOW THESE INSTRUCTIONS MAY BE REFUSED**

** AMENDMENTS FILED <u>AFTER</u> THE CASE IS CLOSED ARE NOT ENTITLED TO A REFUND OF FEES **

---

## CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on 04/10/13 , I served a true copy of the within AMENDMENT by [describe here mode of service]

on the following persons [set forth name and address of each person served] and as checked below: (See Attached List) ☒

Chpt. 7 Trustee:

☒   For Chpt. 7, 11, & 12 cases:    ☐   For ODD numbered Chapter 13 cases:    ☐   For EVEN numbered Chapter 13 cases:

UNITED STATES TRUSTEE
Department of Justice
402 West Broadway, Suite 600
San Diego, CA 92101

THOMAS H. BILLINGSLEA, JR., TRUSTEE
530 "B" Street, Suite 1500
San Diego, CA 92101

DAVID L. SKELTON, TRUSTEE
625 "B" Street, Suite 1430
San Diego, CA 92101-4507

I certify under penalty of perjury that the foregoing is true and correct.

Executed on   04/09/13

        (Date)

Paul R. Shankman, Esq. (SBN 113608)
HINDS & SHANKMAN, LLP Attorneys and Counselors
21515 Hawthorne Boulevard
Suite 1150
Torrance, CA 90503

Address

CSD 1100

Alliant Insurance
701 B Street
San Diego, CA 92101

First American Trust
5 First American Way
Santa Ana, CA 92707

Gilgal Real Estate Partners
10680 Treena St. Ste 168
San Diego, CA 92131-2487

Heller Crouse & Co.
3013 Arnies Alley
Oceanside, CA 92056

Pacific Southwest Bio Services
P.O. Box 985
National City, CA 91951

Pacific Southwest Biological
POB 985
National City, CA 91951-0985

Rainbow Water District
3707 Old Highway 395
Fallbrook, CA 92028

Sabal Financial Group
4675 MacArthur Court
15th Floor
Newport Beach, CA 92660

San Diego County
Treasurer-Tax Collector
P.O. Box 129009
San Diego, CA 92112

San Diego County
Planning and Dev. Services
5510 Overland Ave., Ste. 310
San Diego, CA 92123


Schilling Corporation
679 Greenfield Drive
El Cajon, CA 92021


VID
1391 Engineer Street
Vista, CA 92081