JAMES ANDREW HINDS, JR. (SBN 71222)
jhinds@jhindslaw.com
PAUL R. SHANKMAN (SBN 113608)
pshankman@jhindslaw.com
HINDS & SHANKMAN, LLP
21515 Hawthorne Blvd.
Suite 1150
Torrance, California 90503

Telephone: (310) 316-0500
Facsimile: (310) 792-5977

Proposed Attorneys for Twin Development, LLC, Chapter 11
Debtor and Debtor-On-Possession

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>TWIN DEVELOPMENT, LLC,<br><br>        Debtor. | CASE NO. 13-02719-CL11<br><br>(Chapter 11)<br><br>**DEBTOR'S CHAPTER 11 CASE STATUS REPORT AND SUPPORTING DECLARATION**<br><br>DATE:    April 29, 2013<br>TIME:    3:00 p.m.<br>PLACE:  CTRM 5, Room 318 |

**TO THE HONORABLE CHRISTOPHER B. LATHAM, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNTIED STATES TRUSTEE, AND TO ALL CREDITORS AND PARTIES IN INTEREST:**

    Twin Development, LLC (hereinafter referred to as the "Debtor") in the above-referenced bankruptcy case, respectfully represents through counsel as follows:

    1.    On March 19, 2013 (hereinafter referred to as the "Petition Date"), the Debtor filed its voluntary petition under chapter 11 of Title 11 of the United States Code. The petition was filed as an "emergency" to stop a foreclosure sale by the Debtor's primary secured creditor, ADC/Sabal upon of all of the Estate's real property consisting of

1.

DEBTOR'S CHAPTER 11 CASE STATUS REPORT AND SUPPORTING DECLARATION

FILED VIA FAX

several parcels of valuable undeveloped real property zoned for residential development. Due to the emergency nature of the filing, it was incomplete, without a Statement of Financial Affairs, Corporate Resolution, and other required documents to comprise a complete Chapter 11 filing. (Case Docket Nos. 1 through 3 and 9.) On April 10, 2013, the Debtor filed with the Court and served within the extended time of April 10, 2013 granted by the Court its Statement of Financial Affairs, First Set of Amended Schedules, Corporate Resolution, and related papers. (Case Docket Nos. 20-23 and 26-28.)

2. Since the filing, the Debtor successfully completed its Initial Debtor Interview with the Office of the United States Trustee on April 8, 2013 and its 341(a) Exam on April 16, 2013.

3. As of the date of this Status Conference Report, the following is the status of the Debtor's compliance with the United States Trustee Program Policy and Practices ("USTPP"):

A. Closure of pre-petition bank accounts and proof of new bank accounts (11 U.S.C. § 345; USTPP 3-3.2.2)-Completed. Signature Cards for the new bank accounts and Original Checks (Void) have been requested on an expedited basis and are to be provided to the US Trustee this week.

B. Enrollment of the US Trustee as a notice party on insurance policies (USTPP 3-3.2.3)-Completed with Certificate provided to the US Trustee.

C. Submission of all applications for employment (11 U.S.C. § 327(a); LBR 2014-1)-Completed on April 12, 2013 regarding Employment and Position Statement of US Trustee Approving same in process of being issued on April 22, 2013.

D. Submission of application for insider compensation, if applicable (LBR 2016-2 and 4002-2)-None Requested and therefore Not Applicable.

E. Submission of motion for use of cash collateral, if applicable (FRBP 4001; LBR 9014)-No income generating property exists and therefore no Cash Collateral and therefore Not Applicable.

///

F. Submission of application for establishment of a claims bar date (LBR 3003)-None submitted as of the date of this Status Conference Report.

G. Submission of the first operating report, if due (11 U.S.C. § 1106(a)(7); USTPP 3-3.3)-In process and to be submitted the week of this Status Conference Report. There are no income generating assets and no expenses at present.

H. Filing of a 90-day cash flow budget, as well as all schedules, statements, and exhibits (11 U.S.C. § 521(a)(1); USTPP 3-3.3.3)--In process and to be submitted the week of this Status Conference Report. There are no projected income generating assets and no expenses at present.

4. Proposed counsel for the Debtor, Hinds & Shankman, LLP (hereinafter referred to as the "Law Firm"), was retained prior to the emergency filing of this chapter 11 case based upon representations made that a retainer would be paid for the representation and that counsel would receive the full cooperation of the Debtor and its advisors. On March 29, 2013, a Motion to be Relieved as Counsel in this chapter 11 case was filed with ths Court to be heard by the Court on April 29, 2013 at 3:00 p.m. (Case Docket Nos. 18-20.) Pending said hearing, the Debtor has conferred with and continues to confer with potential sources of funding subject to full disclosure and approval by the Court to pay the Estate a retainer for legal services and costs and to fund a projected settlement with ADC/Sabal.

DATED: April 22, 2013

Respectfully submitted,

JAMES ANDREW HINDS, JR.
PAUL R. SHANKMAN
HINDS & SHANKMAN, LLP

By: _____
PAUL R. SHANKMAN,
Proposed Attorneys for Twin Development, LLC,
Chapter 11 Debtor and Debtor-On-Possession

3.

DEBTOR'S CHAPTER 11 CASE STATUS REPORT AND SUPPORTING DECLARATION

## DECLARATION OF WALLACE BENWARD

1. I, Wallace Benward, hereby make the following Declaration in support of the attached Debtor's chapter 11 Case Status Report. I am the Manager and 100 percent owner of Twin Development, LLC, the chapter 11 Debtor herein and the signatory on the chapter 11 Petition and all related papers filed with the Court to date on behalf of the Debtor. If called upon to testify to the facts stated herein, I could and would competently do so based upon my personal knowledge.

2. On March 19, 2013 (hereinafter referred to as the "Petition Date"), the Debtor filed its voluntary petition under chapter 11 of Title 11 of the United States Code. The petition was filed as an "emergency" to stop a foreclosure sale by the Debtor's primary secured creditor, ADC/Sabal upon of all of the Estate's real property consisting of several parcels of valuable undeveloped real property zoned for residential development. Due to the emergency nature of the filing, it was incomplete, without a Statement of Financial Affairs, Corporate Resolution, and other required documents to comprise a complete Chapter 11 filing. (Case Docket Nos. 1 through 3 and 9.) On April 10, 2013, the Debtor filed with the Court and served within the extended time of April 10, 2013 granted by the Court its Statement of Financial Affairs, First Set of Amended Schedules, Corporate Resolution, and related papers. (Case Docket Nos. 20-23 and 26-28.)

3. Since the filing, the Debtor successfully completed its Initial Debtor Interview with the Office of the United States Trustee on April 8, 2013 and its 341(a) Exam on April 16, 2013.

4. As of the date of this Status Conference Report, the following is the status of the Debtor's compliance with the United States Trustee Program Policy and Practices ("USTPP"):

A. Closure of pre-petition bank accounts and proof of new bank accounts (11 U.S.C. § 345; USTPP 3-3.2.2)-Completed. Signature Cards for the new bank accounts and Original Checks (Void) have been requested on an expedited basis and are to be provided to the US Trustee this week.

4.

DEBTOR'S CHAPTER 11 CASE STATUS REPORT AND SUPPORTING DECLARATION

B. Enrollment of the US Trustee as a notice party on insurance policies (USTPP 3-3.2.3)-Completed with Certificate provided to the US Trustee.

C. Submission of all applications for employment (11 U.S.C. § 327(a); LBR 2014-1)-Completed on April 12, 2013 regarding Employment and Position Statement of US Trustee Approving same in process of being issued on April 22, 2013.

D. Submission of application for insider compensation, if applicable (LBR 2016-2 and 4002-2)-None Requested and therefore Not Applicable.

E. Submission of motion for use of cash collateral, if applicable (FRBP 4001; LBR 9014)-No income generating property exists and therefore no Cash Collateral and therefore Not Applicable.

F. Submission of application for establishment of a claims bar date (LBR 3003)-None submitted as of the date of this Status Conference Report.

G. Submission of the first operating report, if due (11 U.S.C. § 1106(a)(7); USTPP 3-3.3)-In process and to be submitted the week of this Status Conference Report. There are no income generating assets and no expenses at present.

H. Filing of a 90-day cash flow budget, as well as all schedules, statements, and exhibits (11 U.S.C. § 521(a)(1); USTPP 3-3.3.3)--In process and to be submitted the week of this Status Conference Report. There are no projected income generating assets and no expenses at present.

5. Proposed counsel for the Debtor, Hinds & Shankman, LLP (hereinafter referred to as the "Law Firm"), was retained prior to the emergency filing of this chapter 11 case based upon representations made that a retainer would be paid for the representation and that counsel would receive the full cooperation of the Debtor and its advisors. On March 29, 2013, a Motion to be Relieved as Counsel in this chapter 11 case was filed with ths Court to be heard by the Court on April 29, 2013 at 3:00 p.m. (Case Docket Nos. 18-20.) Pending said hearing, the Debtor has conferred with and continues to confer with potential sources of funding subject to full disclosure and

///

DEBTOR'S CHAPTER 11 CASE STATUS REPORT AND SUPPORTING DECLARATION

approval by the Court to pay the Estate a retainer for legal services and costs and to fund a projected settlement with ADC/Sabal.

I declare under the penalty of perjury and the laws of the United States of America and the State of California that the foregoing is true and correct and that this Declaration was executed on this 22nd day of April, 2013 at Carlsbad, California.

WALLACE BENWARD

6.

DEBTOR'S CHAPTER 11 CASE STATUS REPORT AND SUPPORTING DECLARATION

## CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on 22nd day of April, 2013, I served a true copy of the within attached **DEBTOR'S CHAPTER 11 CASE STATUS REPORT AND SUPPORTING DECLARATION** by First Class Mail on the following persons [set forth name and address of each person served] and/or as checked below:

Attorney for Debtor (if required):

**SEE ATTACHED LIST**

[xx]  For Chpt. 7, 11, & 12 cases:

UNITED STATES TRUSTEE
Department of Justice
402 West Broadway, Suite 600
San Diego, CA 92101

[ ]  For ODD numbered Chapter 13 cases:

THOMAS H. BILLINGSLEA, JR., TRUSTEE
530 "B" Street, Suite. 1600
San Diego, CA 92101

[ ]  For EVEN numbered Chapter 13 cases:

DAVID L. SKELTON, TRUSTEE
525 "B" Street, Suite 1430
San Diego, CA 92101-4507

I certify under penalty of perjury that the foregoing is true and correct.

Executed on April 22, 2013
(Date)

_/s/ Carla Benson_
Carla Benson

21515 Hawthorne Blvd., Suite 1150
(Address)

Torrance, CA 90503
(City, State, ZIP Code)

```
Label Matrix for local noticing          ADC Venture 2011-2 LLC                    Dept. Indust. Rel., Labor Law Enforce.
0974-3                                   c/o Sheppard Mullin Richter & Hampton LLP 1550 West Main St.
Case 13-02719-CL11                       Attn: Matthew B Holbrook, Esq             El Centro, CA 92243-2105
Southern District of California          650 Town Center Dr, 4th Fl
San Diego                                Costa Mesa, CA 92626-1993
Fri Apr 12 17:11:04 PDT 2013

Div. of Labor Standards Enforcement      Dun & Bradstreet                          Franchise Tax Board
7575 Metropolitan Drive, Suite 210       Attn: Lynne Roberts, 2nd Floor            Attn: Bankruptcy
San Diego, CA 92108-4424                 3501 Corporate Parkway                    P.O. Box 2952
                                         PO Box 520                                Sacramento, CA 95812-2952
                                         Center Valley, PA 18034-0520


Harris County                            IRS-Insolvency Division                   State Board of Equalization
Attorney John P. Dillman                 P.O. Box 7346                             P.O. Box 942879
PO Box 3064                              Philadelphia, PA 19101-7346               Sacramento, CA 94279-0001
Houston, TX 77253-3064


Twin Development, LLC                    U.S. Securities and Exchange Commission   United States Trustee
P.O. Box 230921                          Attn: Bankruptcy Counsel                  Office of the U.S. Trustee
Encinitas, CA 92023-0921                 5670 Wilshire Boulevard, 11th Floor       402 West Broadway, Ste. 600
                                         Los Angeles, CA 90036-5627                San Diego, CA 92101-8511


U.S. Bankruptcy Court                    ADC Venture 2011-2, LLC                   Alan H. Martin Esq
Jacob Weinberger U.S. Courthouse         c/o Johnson Law Group, APC                Matthew B. Holbrook Esq
325 West F Street                        5055 Avenida Encinas, Suite 210           SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
San Diego, CA 92101-6991                 Carlsbad, CA 92008-4375                   650 Town Center Drive, 4th Floor
                                                                                   Costa Mesa, CA 92626-1993


Alliant Insurance                        Excel Engineering                         First American Trust
701 B Street                             440 State place                           5 First American Way
San Diego, CA 92101-8156                 Escondido, CA 92029-1325                  Santa Ana, CA 92707-5913



Gilgal Real Estate Partners              Gilgal Real Estate Partners               Heller Crouse & Co.
10680 Treena St.                         10680 Treena St. Ste 168                  3013 Arnies Alley
San Diego, CA 92131-2487                 San Diego, CA 92131-2443                  Oceanside, CA 92056-3614



Pacific Southwest Bio Services           Pacific Southwest Biological              Pual T. Johnson Esq
P.O. Box 985                             POB 985                                   Mark E. Bale Esq
National City, CA 91951-0985             National City, CA 91951-0985              JOHNSON LAW GROUP, APC
                                                                                   5055 Avenida Encinas, Suite 210
                                                                                   Carlsbad, CA 92008-4375


Rainbow Water District                   Sabal Financial Group                     San Diego County
3707 Old Highway 395                     4675 MacArthur Court                      Planning and Dev. Services
Fallbrook, CA 92028-9372                 15th Floor                                5510 Overland Ave., Ste. 310
                                         Newport Beach, CA 92660-1875              San Diego, CA 92123-1239



San Diego County                         San Diego County Assessor                 Schilling Corporation
Treasurer-Tax Collector                  1600 Pacific Highway                      679 Greenfield Drive
P.O. Box 129009                          suite 260                                 El Cajon, CA 92021
San Diego, CA 92112-9009                 San Diego, CA 92101-2400
```

| | | |
|---|---|---|
| Standard Accounting<br>5355 Avenida Encinas<br>Carlsbad, CA 92008-4323 | VID<br>1391 Engineer Street<br>Vista, CA 92081-8840 | Pacific Southwest Biological<br>2700 Hoover Ave.<br>National City, CA 91950-6626 |
| Jaisel Lester<br>1060 20th St.<br>San Diego, CA 92102-1808 | James Andrew Hinds Jr.<br>Law Offices of James Andrew Hinds, Jr<br>21515 Hawthorne Blvd., Suite 1150<br>Torrance, CA 90503-6516 | Susan Dules<br>2120 Estela Dr.<br>, CA 92020-1010 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Autumn Hills Homeowners' Assc. #1 | (u)ELN, LLC | (u)Insolvency Services Group |
| (u)US TRUSTEE | (d)United States Trustee<br>Office of the U.S. Trustee<br>402 West Broadway, Ste. 600<br>San Diego, CA 92101-8511 | (d)ADC Venture 2011-2, LLC<br>c/o Sheppard Mullin Richter & Hampton LLP<br>Attn: Matthew B Holbrook, Esq<br>650 Town Center Dr, 4th Floor<br>Costa Mesa, CA 92626-1993 |
| (d)Sabal Financial Group<br>4675 MacArthur Court<br>15th Floor<br>Newport Beach, CA 92660-1875 | (u)Darwin Bingham | (u)Richard Retta |

End of Label Matrix
Mailable recipients   35
Bypassed recipients    9
Total                 44